UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:22-cv-81669-DMM

GARFIELD SPENCE,

    Plaintiff,

vs.

3155 LAKE WORTH ROAD, LLC.

    Defendant.
_____/

## NOTICE OF SETTLEMENT IN PRINCIPLE

    Plaintiff, through the undersigned attorney, hereby gives notice to this Honorable Court that the parties have reached an amicable resolution of this dispute. Thus, Plaintiff respectfully requests for all deadlines in this case to be tolled while the parties finalize their agreement and move to dismiss this matter within thirty (30) days of the filing of this Notice of Settlement.

    Dated this 14th day of December, 2022.

Respectfully Submitted,

*/s/ Alberto R. Leal*.
Alberto R. Leal, Esq., P.A.
Florida Bar No.: 1002345
E-Mail: albertolealesq@gmail.com
8927 Hypoluxo Rd. #157
Lake Worth, FL 33467
Phone: 954-637-1868
Attorney for Plaintiff