**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**GARFIELD SPENCE,**

      **Plaintiff,**

**v.**                                    **Case No. 9:22-cv-81669-DDM**

**3155 LAKE WORTH ROAD LLC,**

      **Defendant.**

_____

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, GARFIELD SPENCE, and Defendant, 3155 LAKE WORTH ROAD LLC, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the instant action with prejudice, with each party to bear its own costs and attorneys' fees.

 Dated:  December 21, 2022                Respectfully submitted,

                                              _/s/ Alberto R. Leal_
                                              Alberto R. Leal
                                              Florida Bar No. 1002345
                                              **ALBERTO R. LEAL, ESQ., P.A.**
                                              8927 Hypoluxo Rd. #157
                                              Lake Worth, Florida 33467
                                              Telephone: 954-637-1868
                                              albertolealesq@gmail.com
                                              **_Attorney for Plaintiff_**

                                            /s/_Erin M. Sales_
                                              Erin M. Sales, Esq.
                                              Florida Bar No. 119799
                                              esales@bakerlaw.com
                                              **BAKER & HOSTETLER LLP**
                                              200 South Orange Avenue

Suite 2300
Orlando, FL  32802-0112
Telephone:  407.649.4000
Facsimile:  407.841.0168
***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of December 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Alberto R. Leal
ALBERTO R. LEAL, ESQ., P.A.
8927 Hypoluxo Rd. #157
Lake Worth, Florida 33467
albertolealesq@gmail.com
***Attorney for Plaintiff***

*/s/ Erin M. Sales*
Erin M. Sales